## HAYS *vs.* HAMILTON, agent.

68 833
d116 120

1. Where a case has been set ten days in advance of trial and parties notified thereof, the absence of the defendant when the case is called is no ground for a continuance.

(*a*). Where interrogatories had been sued out within twenty days before the session of court, and mailed before the term began to the witness to be executed and returned, counsel stating that he had been informed by his client what he might expect to prove by them, but being unable to state directly what they would testify, such facts gave no ground for a continuance.

2. Where suit was brought on a note under seal, in the absence of any plea of *non est factum*, it was properly admitted in evidence without proof of execution.

3. Where a defendant, after due notice of the time of trial, failed to arrive until shortly after the jury had retired, there was no error in refusing to allow him to explain his absence, and to recall the jury to hear his testimony.

4. No sufficient ground for excepting appearing in this case, ten per cent. damages are awarded against the plaintiff in error.

CRAWFORD, Justice.

---

## ROBINSON *vs.* THE STATE OF GEORGIA.

1. Where a witness who testified at a committing trial subsequently died, on the final trial of the same case in the superior court his testimony so given was admissible, and there being nothing to show that it was reduced to writing, it was competent to prove what such testimony was by parol.   Code, §3782; 45 *Ga.*, 283; 61 *Ib.*, 448; 63 *Ib.*, 692.

2. Where an indictment charged the larceny of a horse belonging to Joel W. Perry, and the evidence was that the horse belonged to "Colonel Perry," whom one of the witnesses called his father-in-law, the identity of the owner as charged and as proved, was for the jury ; and in the absence of any conflicting testimony as to the ownership or of proof that there was any other Perry in the county, a verdict of guilty will not be set aside as contrary to law, on the ground that the probata and allegata did not agree as to ownership.

JACKSON, Chief Justice.